Trevor R. Witt (SBN 278195)
Trevor.Witt@jacksonlewis.com
Orlando J. Arellano (SBN 234073)
Orlando.Arellano@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
DARKNESS VENTURES, LLC

Liliuokalani Martin, Esq. (SBN 292778)
lili@downtownlalaw.com
Mae-Elaine Q. Delos Santos, Esq. (SBN 277122)
mae@downtownlalaw.com
DOWNTOWN LA LAW GROUP, LLP
612 S Broadway
Los Angeles, California 90014
Telephone: (213) 389-3765
Facsimile: (877) 389-2775

Attorneys for Plaintiff
BRITTNEY JOHNSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DARKNESS VENTURES, LLC, a New York limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.: 2:23-cv-09378-JAK-SSC**<br><br>[Assigned to the Honorable John A. Kronstadt]<br><br>**JOINT REPORT RE PROCEDURAL STATUS OF SETTLEMENT**<br><br>Original Complaint filed: March 6, 2023<br><br>Trial (Proposed): None<br><br>Post Mediation Status Conference: August 25, 2025 |

CASE NO.: 2:23-cv-09378-JAK-SSC                STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**: Defendant DARKNESS VENTURES, LLC ("Defendant") and Plaintiff BRITTNEY JOHNSON ("Plaintiff"), (collectively the "Parties") by and through their respective attorneys of record, provide the following Joint Report regarding the procedural status of the settlement, and in response to the Court's Order of October 7, 2025:

The Parties jointly apologize to the Court for the failure to file the Motion for Approval of the PAGA Settlement by October 6, 2025. The Parties are working through the final stages of the relevant settlement agreements and, due to staffing changes, there were some unexpected delays.

The Parties are currently finalizing the terms of the long form settlement of the entire action under the Private Attorneys General Act of 2004, California Labor Code Section 2698 et seq. ("PAGA") and anticipate that the agreement should be finalized by **October 14, 2025**.

The Parties are also finalizing the related individual settlement agreement which pertains to Plaintiff's wrongful termination claims and also anticipate that the individual settlement agreement should be finalized by **October 14, 2025**.

Plaintiff anticipates filing a motion for approval of the PAGA settlement on **October 21, 2025**.

The Parties apologize to the Court for their oversight in not filing this report earlier.

DATED: October 8, 2025          JACKSON LEWIS P.C.


By:   */s/Orlando Arellano*

Orlando Arellano
Attorneys for Defendant
DARKNESS VENTURES, LLC

DATED: October 8, 2025         DOWNTOWN LAW GROUP, LLP

By:    */s/Liliuokalani Martin*

Liliuokalani Martin
Mae-Elaine Q. Delos Santos
Attorneys for Plaintiff
BRITTNEY JOHNSON

4911-2090-1992, v. 1

---

CASE NO.: 2:23-cv-09378-JAK-SSC     3     STIPULATION AND [PROPOSED] ORDER FOR LEAVE FOR PLAINTIFF TO AMEND PLEADINGS