Liliuokalani Martin (SBN 292778)
lili@downtownlalaw.com
**DOWNTOWN LA LAW GROUP, LLP**
540 S. Sante Fe Ave.
Los Angeles, California 90013
Tel.: 213.389.3765
Fax.: 877-389-2775

Attorneys for Plaintiff
BRITTNEY JOHNSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DARKNESS VENTURES, LLC, a New York limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09378-JAK-SSC<br><br>**PLAINTIFF BRITTNEY JOHNSON'S SPREADSHEET SUPPORTING AWARD OF ATTORNEY'S FEES IN CONNECTION WITH PLAINTIFF'S MOTION FOR PAGA APPROVAL**<br><br>Date:            December 1. 2025<br>Time:           8:30 a.m.<br>Courtroom:   10C<br><br>Complaint Filed:   March 6, 2023<br>Trial:   None set<br>Post-Mediation Status Conference: October 27, 2025 |

### I.   INTRODUCTION

On or about October 28, 2025, the Court issued an order that Plaintiff submit the following spreadsheet supporting an award of attorney's fees in connection with

1
PLAINTIFF BRITTNEY JOHNSON'S MOTION TO APPROVE PAGA SETTLEMENT

Plaintiff's Motion for PAGA Approval.

Plaintiff submits the tables below indicating that a requested award of 33% of the PAGA settlement, or $30,030.00 is fair and reasonable. In total, Plaintiff's attorneys have worked 119.1 hours on this matter, which equates to over $83,370 in attorneys fees billed at $700.00.  This figure does not include billing for paralegal and administrative staff who also spent a considerable amount of hours conducting administrative tasks, such as filing documents, formatting documents for filing, calendaring deadlines and hearings, opening mail and emails, all which are necessary to the litigation.  Plaintiff estimates that if Plaintiff's motion for PAGA approval is granted, Plaintiff's counsel would spend at least an additional two hours coordinating with the settlement administrator and filing the dismissal of this case.

Plaintiff's counsel's billing rates are reasonable. Both counsels, Liliuokalani Martin, and former counsel, Mae Delos Santos, billing rates are $700.00 per hour.

On July 30, 2025, the Honorable Christopher Liu in Department 76 of the Los Angeles Superior Court, Central District, issued a ruling on a motion to compel further discovery and requests for attorney's fees and costs drafted by Liliuokalani Martin in the case of *Villanueva v. Opulence Wellness & Weight Loss* (23STCV03263). The court in *Villaneuva* approved Liliuokalani Martin's billing rate of $700.00 per hour. Ms. Martin has been an attorney since 2013 and has spent her entire career litigating Plaintiff's employment disputes.  Ms. Delos Santos has been an attorney since 2011.

Plaintiff requested a $1,000 service enhancement award which is fair and reasonable.  Plaintiff made herself available to her counsel for multiple conferences where she provided valuable information that help bring this case to a resolution, including providing witness information and contact.

a. **Table 1**

| Task 1: Initial Interview, Document Review | | | |
|---|---|---|---|
| Attorney | Rate | Hours | Fee |
| Liliuokalani Martin (Associate) | $ 700.00 | 4 | $ 2,800.00 |
| Fee Request Total | | 4 | $ 2,800.00 |

| Task 2: Draft and File PAGA Letter | | | |
|---|---|---|---|
| Attorney | Rate | Hours | Fee |
| Liliuokalani Martin | $ 700.00 | 2 | $ 1,400.00 |
| Fee Request Total | | 2 | $ 1,400.00 |

| Task 3: File Complaint/Right to Sue/ Serve Complaint and Review Answer | | | |
|---|---|---|---|
| Attorney | Rate | Hours | Fee |
| Mae Delos Santos (Associate) | $ 700.00 | 6 | $ 4,200.00 |
| Liliuokalani Martin | $ 700.00 | 1.5 | $ 1,050.00 |
| Fee Request Total | | 7.4 | $ 5,250.00 |

| Task 4: Joint Rule 26(b) Report | | | |
|---|---|---|---|
| Attorney | Rate | Hours | Fee |
| Mae Delos Santos | $ 700.00 | 7.9 | $ 5,530.00 |
| Liliuokalani Martin | $ 700.00 | 1.4 | $ 980.00 |
| Fee Request Total | | 9.3 | $ 6,510.00 |

| Task 5: Discovery, Witness Interviews, and Document Review | | | |
|---|---|---|---|
| Attorney | Rate | Hours | Fee |
| Mae Delos Santos | $ 700.00 | 23.5 | $ 16,450.00 |
| Liliuokalani Martin | $ 700.00 | 4.5 | $ 3,150.00 |
| Fee Request Total | | 28 | $ 19,600.00 |

| Task 6: Mediation/Settlement | | | |
|---|---|---|---|
| Attorney | Rate | Hours | Fee |
| Mae Delos Santos | 700 | 41.3 | $ 28,910.00 |
| Liliuokalani Martin | 700 | 23 | $ 16,100.00 |
| Fee Request Total | | 64.3 | $ 45,010.00 |

| Task 7: Motion for PAGA Approval | | | |
|---|---|---|---|
| Attorney | Rate | Hours | Fee |
| Liliuokalani Martin | 700 | 4 | $ 2,800.00 |
| Fee Request Total | | 4 | $ 2,800.00 |

PLAINTIFF BRITTNEY JOHNSON'S MOTION TO APPROVE PAGA SETTLEMENT

| Task 8: Estimated Time to Finalize Matter after PAGA Approval | | | |
|---|---|---|---|
| Attorney | Rate | Hours | Fee |
| Liliuokalani Martin | 700 | 2 | $ 1,400.00 |
| Fee Request Total | | 2 | $ 1,400.00 |

  **b. Table 2**

Attached.

## II. CONCLUSION

  In conclusion, the PAGA allocation is reasonable and more importantly furthers PAGA's purpose. Based on the foregoing, Plaintiff respectfully requests that the Court approve the settlement of the PAGA claims:

  That out of a total settlement amount of $91,000.00 as a final resolution of all of Plaintiff's claims:

  $1,000.00 of the total settlement amount will be paid to Plaintiff as an enhancement for bringing the claim.

  $30,030.00 of the total settlement amount will be paid to Plaintiff's counsel for attorney's fees incurred in litigating the PAGA claim.

  $10,000.00 of the total settlement amount will be allocated to costs and settlement administration costs.

  $49,666.70 of the total settlement amount will be allocated to Plaintiff's PAGA claim with Seventy-Five Percent (75%), or $33,727.50 allocated for PAGA paid directly to the California Labor and Workforce Development Agency ("LWDA"), and Twenty-Five Percent (25%), or $11,242.50, paid to the other "aggrieved employees".

  "Aggrieved Employees" means all current and former non-exempt hourly employees in California identified by Darkness Ventures, LLC, in California, including Plaintiff, during the time period from December 31, 2021 through the date of entry of a Court order granting approval of this settlement.

1
2
3
4  Dated: October 31, 2025          **DOWNTOWN LA LAW GROUP, LLP**
5
6                    By:    /s/Liliuokalani Martin
7                         Liliuokalani Martin
                          Attorneys for Plaintiff
8                         BRITTNEY JOHNSON
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF BRITTNEY JOHNSON'S MOTION TO APPROVE PAGA SETTLEMENT

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Attorney | Rate | Hours by Tasks | | Totals | |
| | | Task | Total Hours Spent by Attorney on Task | Hours | Amount |
| Mae Delos Santos (Associate) | $700 | Task 3:Legal Research, conference with Plaintiff, draft complaint, draft right to sue, rev email with Defs Answer, rev Answer, file RTS, file Compliant | 6 | 78.7 | $55,090 |
| | | Task 4: Joint Rule 26b Report: Drafting report, conferring with opposing counsel, conferring with L. Martin, rev and responding to emails, filing report | 7.9 | | |
| | | Task 5: Draft discovery requests, witness interviews, draft witness statements, conferences with plaintiff, confer with Defendant counsel, rev document production and data analysis, rev discovery responses | 23.5 | | |
| | | Task 6: Rev and respond to emails scheduling mediation, prep for mediation, conference with Plaintiff, draft mediation brief, attend mediation, settlement calls/emails post mediation/ amend PAGA letter, rev MOU | 41.3 | | |
| Liliuokalani Martin (Associate) | $700.00 | Task 1: Interview with Plaintiff, document review; draft interview summary/notes | 4 | 40.4 | $28,280 |
| | | Task: 2: draft and file PAGA letter | 2 | | |
| | | Task 3: confer with Delos Santos, review complaint, legal research | 1.5 | | |

| | | | | |
|---|---|---|---|---|
| | | Task 4: rev emails re joint report, confer with plaintiff and Delos Santos, rev draft report | 1.4 | |
| | | Task 5: rev paga sampling analysis, conf on strategy with Delos Santos and Plaintiff | 4.5 | |
| | | Task 6: rev mediation brief, mediation prep, rev and revise settlement documents | 23 | |
| | | Task 7: draft motion for paga approval; draft supplemental briefing | 4 | |
| | | Task 8: attend motion hearing, coordinate with settlement administrator, file dismissal | 2 | |
| **TOTALS** | | | **119.1** | **$83,370** |