**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITTNEY JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>DARKNESS VENTURES, LLC, et al.,<br><br>      Defendants. | No. 2:23-cv-09378-JAK (SSCx)<br><br>**JUDGMENT**<br><br>**[JS6: CASE TERMINATED]** |

1

Pursuant to the December 1, 2025 and February 19, 2026 Orders granting the Motion for Approval of PAGA Settlement and the parties' Settlement Agreement,[1] it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    Defendant Darkness Ventures, LLC shall pay $91,000 pursuant to the Settlement Agreement, allocated as follows:

    a.  $1000 shall be paid to Plaintiff Brittney Johnson for a Service Award;

    b.  $30,030 shall be paid to Plaintiff's counsel for attorney's fees;

    c.  $5000 shall be allocated to Settlement Administration Costs;

    d.  $54,970 shall be allocated to the resolution of Plaintiff's PAGA claim, with $41,227.50 (75%) to be paid to the California Labor and Workforce Development Agency ("LWDA") and $13,742.50 (25%) to be paid to the Aggrieved Employees pursuant to the Settlement Agreement.

2.    Any request for any other relief is **DENIED**.

**IT IS SO ORDERED.**

Date:  March 6, 2026

_____
John A. Kronstadt
United States District Judge

---

[1] All terms in this Judgment are as defined in the February 19, 2026 Order and the Settlement Agreement.